IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUVASIVE, INC.,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>   v.<br><br>GLOBUS MEDICAL, INC.,<br><br>      Defendant and<br>      Counterclaim-Plaintiff. | C. A. No. 10-849-LPS<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT REGARDING TRIAL SCHEDULING AND LENGTH**

Pursuant to the Court's July 7, 2014 Order (D.I. 237), Plaintiff NuVasive, Inc. and Defendant Globus Medical, Inc. (collectively "the Parties") jointly submit this status report regarding scheduling trial in the above captioned matter. The Parties have met and conferred regarding the scheduling of trial dates and trial length. After accounting for witness and counsel conflicts, the parties have agreed that trial should be scheduled to start at the Court's first available date on or after September 14, 2015. The Parties, however, are unable to agree on the length of time required for trial. In light of the Court's summary judgment rulings, Plaintiff NuVasive now believes that trial can be completed in five court days; Globus believes ten court days are necessary as the parties previously agreed (*see*, Joint Proposed Scheduling Order D.I. 15 at 9 (prior to adding the third asserted patent)).

      Respectfully submitted.

Dated:  July 9, 2014

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ William J. Marsden, Jr.* <br> William J. Marsden, Jr. (No. 2247) <br> 222 Delaware Avenue, 17th Floor <br> P. O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Phone: 302-652-5070 / Fax: 302-652-0607 <br><br> Frank E. Scherkenbach, scherkenbach@fr.com <br> One Marina Park Drive <br> Boston, MA 02210 <br> Phone: 617-542-5070 / Fax: 617-542-8906 <br><br> Michael J. Kane, mjk@fr.com <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 55402 <br> Phone: 612-335-5070 / Fax: 612-288-9696 <br><br> Todd G. Miller, miller@fr.com <br> Michael A. Amon, amon@fr.com <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> Phone: 858-678-5070 / Fax: 858-678-5099 <br><br> *Attorneys for Plaintiff and Counterclaim-Defendant NuVasive, Inc.* | */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> <u>Of Counsel:</u> <br><br> Robert F. Ruyak <br> Vivian S. Kuo <br> Winston & Strawn LLP <br> 1700 K Street, N.W. <br> Washington, DC 20006 <br> Tel: (202) 282-5000 <br><br> Kevin A. Keeling <br> Winston & Strawn LLP <br> 1111 Louisiana, 25th Floor <br> Houston, TX 77002 <br> Tel: (713) 651-2600 <br><br> *Attorneys for Defendant and Counterclaim-Plaintiff Globus Medical, Inc.* |