IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUVASIVE, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-849-LPS |
| GLOBUS MEDICAL, INC., | : | |
| Defendant. | : | |

### AMENDED SCHEDULING ORDER

At Wilmington, this 7th day of **August, 2014.**

1. Pretrial Conference. On **September 4, 2015**, the Court will hold a Pretrial Conference with the parties beginning at **9:00 a.m.** in Courtroom 6B. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order on or before **August 26, 2015.**

2. Motions *in Limine*. Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to three (3) *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission,

unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

      3. <u>Trial</u>. This matter is scheduled for a ten (10) day jury trial beginning at **9:30 a.m.** on **October 5, 2015** in Courtroom 6B. Each side will be allocated a certain number of hours to be determined no later than the Pretrial Conference.

_____
UNITED STATES DISTRICT JUDGE